IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–04–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JERRY LEON KAMPS, | |
| Defendant. | |

Before the Court is Defendant Jerry Leon Kamps's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 17.) The motion requests a 7-day extension of the deadline to file pretrial motions in this matter. (*Id.* at 1.) The basis for the request is that counsel for Kamps requires additional time to review discovery. (*Id.* at 2.) The United States does not oppose the motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 17) is GRANTED. The deadline to file pretrial motions (including motions in limine) is RESET to Friday, April 26, 2024. A response brief is due fourteen (14) calendar days after the filing date of the motion. An optional reply brief may be filed within seven (7) calendar days of the filing date of the response brief.

The Court's previous Scheduling Order (Doc. 16) otherwise remains in full force and effect.

DATED this 18th day of April, 2024.

_____
Dana L. Christensen, District Judge
United States District Court