IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  24–04–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JERRY LEON KAMPS, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture.  (Doc. 32.)  Having reviewed said Motion, the Court finds:

1.      The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.      A Preliminary Order of Forfeiture was entered on June 21, 2024. (Doc. 30.)

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 31.)

4.      It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.    The Motion for Final Order of Forfeiture (Doc. 32) is GRANTED.

2.    Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 1 21 U.S.C. § 853(a)(1) and (2), free from the claims of any other party:

- Tanfoglio pistol, model Witness, 10mm caliber, serial number EA45639; and

- 10 rounds of 10mm caliber ammunition.

3.    The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law

DATED this 4th day of September, 2024.


Dana L. Christensen, District Judge
United States District Court